| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | PTF DEF | 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | CNTY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0425 | 5 | 84 | 5131 | 04 26 84 | 3 | 550 | 1 | | | 600 | 2511 M 2508 | 54019 | | 84 5131 |

**PLAINTIFFS**

ENGLAND, JOHN KEVIN

**DEFENDANTS**

FAYETTE COUNTY COMMISSIONERS, ~~VICKERS,~~* ~~CHARLES M., LIVELY,~~* ~~JAMES E., LOPEZ,~~* ~~JOHN H.,~~ FAYETTE COUNTY SHERIFF MANNING, JACK

* Dismissed as per order entered 07/28/86.

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)     dlh

28 USC 1983 - Prisoner Civil Rights Petition

**ATTORNEYS**

John Kevin England, #13547
Huttonsville Correctional Center
Box 1, Dorm 6
Huttonsville, WV  26273

Anita R. Casey
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK
P.O. Box 3786
Charleston, WV  25337

344-5600

| Date | Receipt No. | Amount | |
|---|---|---|---|
| 08-07-84 | #9242 | $1.20 | 110173 |
| 09-17-84 | #9284 | $1.20 | 110181 |
| 10-15-84 | #9303 | $1.20 | 110188 |
| 11-19-84 | #9332 | $1.20 | 110193 |
| 12-13-84 | #9352 | $1.20 | 110198 |
| 01-21-85 | #9384 | $1.20 | 370350 |

Pltf to pay 15% of annual wages, or $14.40 in 12 monthly installments of $1.20, payable on or before 10th day of each month

<u>Installments on Filing Fee</u>

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 05-14-84 | #6774 ($1.20) | 110161 | JS-5 | |
| | 06-15-84 | #6797 ($1.20) | 110166 | JS-6 | |
| | 07-06-84 | #9216 ($1.20) | 110169 | | |

UNITED STATES DISTRICT COURT DOCKET                                                  DC-111 (Rev. 9/81)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1984** | | | |
| Apr. 26 | 1 | ORDER (CHH): Court waives $45.60 of normal $60.00 filing fee; remaining $14.40, which equals 15% of Pltf's annual wages at Correctional Ctr., to be paid to Clerk in 12 monthly installments of $1.20, payable on or before 10th of each month; Court conditionally grants Pltf leave to prosecute action <u>in forma pauperis</u> & directs U.S. Marshal for SDWV to serve copy of summons & complaint upon Defts.   CC/Pltf & U.S. Marshal | dlh |
| | 2 | COMPLAINT; iss. orig. & 1 summs ret. 20 days on each Deft. to U.S. Marshal for service w/285 Form | dlh |
| May 8 | 3 | RETURN of U. S. Marshal on summons & complaint. - Mailed 4/30/84 - Legal evidence of service 5/07/84. | fjd |
| May 14 | 4 | U.S. MARSHAL'S RETURNS (3) on Defts., John H. Lopez, Charles M. Vickers, & James E. Lively - all mailed 4/30/84 & ACKNOWLEDGMENTS signed by said Defts. (all on 5-9-84) | dlh |
| May 22 | 5 | MOTION of Defts. to Dismiss. NOTICE attached. | fjd |
| June 1 | 6 | MOTION of Pltf to <u>NOT</u> DISMISS | dlh |
| Sept. 17 | 7 | Pltf's INTERROGS. to Sheriff Jack Manning | dlh |
| Nov. 21 | 8 | Deft., Jack Manning's, Answers to Pltf's Interrogs. | dlh |
| **1986** | | | |
| Jan 23 | 9 | ORDER (EVH) reassigning case to Judge John Copenhaver.   CC/COUNSEL. | cds |
| Feb 07 | 10 | **ORDER (2508):** Referring action to US Magistrate Jerry D. Hogg pursuant to 28 U.S.C. 636(b)(1)(B); directing magistrate to review action and submit same to the court on/before 04/11/86. (EOD 02/10/86)  cc: petitioner, counsel for deft, Magistrate Hogg | ras |
| Feb 19 | 11 | **MOTION** by Defts to Dismiss, with notice and certificate of service attached. | ras |
| Feb 21 | 12 | **ORDER (25BB):** Defts to file answer on/before 03/07/86; etc. (EOD 02/24/86) cc: pltf and atty for defts | ras |
| Mar 07 | 13 | **MOTION** to Dismiss and **ANSWER** of Defts. | ras |
| Mar 17 | 14 | **MOTION** by Pltf to Not Dismiss, with certificate of service attached. | ras |
| Apr 03 | 15 | **REQUEST** by Pltf for Production of Documents.  (cert/serv) | ras |
| Apr 07 | 16 | **REPORT-RECOMMENDATION** by Magistrate Hogg. (cc:  pltf and counsel via certified mail, Judge Copenhaver via hand delivery) | ras |
| Jul 28 | 17 | **MEMORANDUM ORDER (2508):** Granting defts' motion to dismiss insofar as relating to defts (Vickers, Lively and Lopez); denying defts' motion to dismiss pursuant to Rule 41(b) of FRCP; directing pltf to submit to Clerk within 40 days of entry date of order the sum of $7.20 representing the remaining payments in re filing fee. (EOD 07/29/86)  cc: atys and petitioner | ras |
| Jul 28 | 18 | **JUDGMENT ORDER (2508):** Entering judgment in accordance with memorandum order entered this dated. (EOD 07/29/86)  cc: atys and petitioner | ras |
| Sept. 8 | 19 | **CLOSED** <s>ORDER</s> (JTC) dismissing action w/prejudice - balance of filing fee not paid    CC/Counsel & Petitioner     (JS-6 card had been prepared closing the case on 7/28/86 per instr. from Chas. Div. where orig. docketing had been done for Judge Copenhaver - therefore, the case will not be reopened & closed for nonpayment of filing fee) | dlh |